IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SAMANTHA CONWAY, Conservator,**
**and next friend for the benefit of**
**THOMAS CONWAY**                                                                          **PLAINTIFF**

**v.**                         **Case No. 3:14-cv-00053-KGB**

**CHARLES STERRETT and**
**SAIA MOTOR FREIGHT LINE, LLC**                                                 **DEFENDANTS**

## ORDER

Pursuant to the parties' joint request, this case is removed from the trial calendar for the week of October 26, 2015.

SO ORDERED this 16th day of October, 2015.

_____
Kristine G. Baker
United States District Judge