IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SAMANTHA CONWAY, Conservator,
and next friend for the benefit of
THOMAS CONWAY                                                                                    PLAINTIFF

v.                             Case No. 3:14-cv-00053-KGB

CHARLES STERRETT and
SAIA MOTOR FREIGHT LINE, LLC                                                             DEFENDANTS

## ORDER

The parties have informed the Court that all matters and things in controversy between them have been resolved such that this action can be dismissed with prejudice. In accordance with the agreement of the parties, plaintiff Samantha Conway has acknowledged that she shall be solely responsible for the payment of all subrogation claims, liens, assignments, contractual obligations, and medical expenses, if any, which relate to or arise from the medical care Thomas Conway received as a result of this accident. It shall be the sole responsibility of Ms. Conway to address such claims and to satisfy the same. The parties shall be responsible for the payment of their own attorney's fees and discretionary costs if such costs and fees have been incurred.

This action is dismissed with prejudice. Any and all claims which have been or could have been asserted by Samantha Conway, Conservator, and Next Friend for the Benefit of Thomas Conway and Thomas Conway, Individually, against Defendants Charles Sterrett and Saia Motor Freight Line, LLC, as a result of the alleged motor vehicle accident of September 12, 2012, are hereby dismissed with prejudice. The outstanding court costs, if any, are assessed against defendant Saia Motor Freight Line, LLC. All pending motions are denied as moot.

So ordered this 14th day of April, 2016.

_____
Kristine G. Baker
United States District Judge